|   |   |
|---|---|
|   | The Honorable J. Kelley Arnold |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KWANG IL YOON, and YON SUN YOON, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF LAKEWOOD, THE CITY OF LAKEWOOD POLICE DEPARTMENT, LARRY SAUNDERS, and BRIAN WURTS and JANE DOE WURTS and the marital community composed thereof,<br><br>Defendants. | NO. C08-5678 JKA<br><br>STIPULATION AND ORDER OF DISMISSAL |

COMES NOW the Defendants, by and through their attorneys, Michael B. Tierney and John Stellwagen of Michael B. Tierney, P.C., and Plaintiffs, Kwang Il Yoon and Yon Sun Yoon, by and through their attorneys, C. James Frush and Wesley K. McLaughlin, and stipulate as follows:

That a settlement has been reached and Plaintiffs' complaint against the Defendants can

**MICHAEL B. TIERNEY, P.C.**
2955 80th Avenue SE, Suite 205
Mercer Island, WA 98040
Telephone: (206) 232-3074
Facsimile: (206) 232-3076

be dismissed with prejudice and without cost to any party.

DATED this ___ day of August, 2009.    DATED this ___ day of August, 2009.

MICHAEL B. TIERNEY, P.C.              CABLE, LANGENBACH, KINERK & BAUER, LLP


By: /s/John M. Stellwagen              By: /s/ C. James Frush
  Michael B. Tierney, WSBA #3662         C. James Frush, WSBA #7092
  John M. Stellwagen, WSBA #27623        Co-Attorney for Plaintiffs
  Attorneys for Defendants

                                       DATED this ___ day of August, 2009.

                                       McLAUGHLIN & ASSOCIATES, INC


                                       By: /s/ Wesley K. McLaughlin
                                         Wesley K. McLaughlin, WSBA #35374
                                         Co-Attorney for Plaintiffs

## ORDER

THIS MATTER having come on regularly before the undersigned Judge this day upon the above Stipulation of the parties by their respective attorneys of record, it is hereby ORDERED that Plaintiffs' complaint against the Defendants is hereby dismissed with prejudice and without costs to any party.

DATED this 21st day of August, 2009.


                                       /s/ J. Kelley Arnold
                                       The Honorable J. Kelley Arnold
                                       United States Magistrate Judge

Notice of Presentation Waived:


/s/John M. Stellwagen
Michael B. Tierney, WSBA #13662


Stipulation and Order
of Dismissal - 2

**MICHAEL B. TIERNEY, P.C.**
2955 80th Avenue SE, Suite 205
Mercer Island, WA 98040
Telephone: (206) 232-3074
Facsimile: (206) 232-3076

1 | John M. Stellwagen, WSBA #27623
  | Attorneys for Defendants
2 |
3 |
  |   /s/ C. James Frush
4 | C. James Frush, WSBA # 7092
  | Attorney for Plaintiffs
5 |
6 |
  |   /s/ Wesley K. McLaughlin
7 | Wesley K. McLaughlin, WSBA # 35374
  | Attorney for Plaintiffs

Stipulation and Order
of Dismissal - 3

**MICHAEL B. TIERNEY, P.C.**
2955 80th Avenue SE, Suite 205
Mercer Island, WA 98040
Telephone: (206) 232-3074
Facsimile: (206) 232-3076